**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



**FILED**

JUL 1 0 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LUCAS EDWARDS,                    )

         Plaintiff,           )

v.                          )     Civil Action No. 19-1665 (UNA)

THE UNITED STATES FEDERAL RESERVE  )
BANK & TRUST, *et al.*,            )

         Defendants.      )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and his *pro se* complaint. The instant complaint is substantially similar to the one plaintiff filed recently in the United States District Court for the District of Colorado. *See Edwards v. U.S. Fed. Reserve Bank & Trust.*, No. 19-01409 (D. Colo. filed May 16, 2019). "Considerations of comity and orderly administration of justice dictate that two courts of equal authority should not hear the same case simultaneously." *Washington Metro. Area Transit Auth. v. Ragonese,* 617 F.2d 828, 830 (D.C. Cir. 1980) (citation omitted). Accordingly, the Court will dismiss the complaint and this civil action as duplicative.

An Order is issued separately.

United States District Judge

DATE: July _____, 2019